IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 12-05018-01-CR-SW-DW |
| | ) | |
| SCOTT BRADLEY OLSEN, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF WITNESSES

The United States of America, by and through Tammy Dickinson, United States Attorney for the Western District of Missouri, and undersigned counsel, in compliance with the Federal Rules of Criminal Procedure, provides the following list of witnesses, none of whom which has a felony conviction, whom the Government may call in the presentation of its case-in-chief.

1. Ms. Connie Malone, Program Specialist, FEMA, Recovery Division, 3900 Karina Lane, Denton, TX 76208

2. Mr. Harry McLaughlin, Joplin, MO

3. Special Agent Matt Niezgoda, Department of Homeland Security-Office of the Inspector General, 55 W. Monroe, Suite 1050, Chicago, IL 60603

4. Mr. Mark Parr, Naples, FL

5. Mr. Charles Pyle, Neosho, MO

6. Mrs. Myrtle Pyle, Neosho, MO

Respectfully submitted,

**TAMMY DICKINSON**
United States Attorney

By: */s/ Steven M. Mohlhenrich*
**STEVEN M. MOHLHENRICH**
Assistant United States Attorney

**CERTIFICATE OF SERVICE FOR CM-ECF PARTICIPANTS:**

      The undersigned hereby certifies that a copy of the foregoing was delivered on April 8, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                            */s/ Steven M. Mohlhenrich*
                                            **STEVEN M. MOHLHENRICH**
                                            Assistant United States Attorney