**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Crim. No. 12-05018-01-CR-SW-DW |
| ) | |
| **SCOTT BRADLEY OLSEN,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S LIST OF TRIAL EXHIBITS

The United States of America, by and through Tammy Dickinson, United States Attorney for the Western District of Missouri, and undersigned counsel, provides the following list of exhibits the United States may offer into evidence in the presentation of its case-in-chief.

**Ex #**  **Exhibit Description**
1. May 9, 2011 letter from President Obama to Director Fugate
2. May 9, 2011 letter from President Obama to Governor Nixon
3. Executive Order No. 12148
4. Federal Register Notice -- Disaster 1980 Declaration
5. Disaster 1980 amendment to include Jasper and Newton Counties
6. Call Center Scripts and Helps Job Aid
7. Title 44, Part 206.111 of the Code of Federal Regulations
8. Title 44, Part 206.113 of the Code of Federal Regulations
9. FEMA applicant assistance document "Help After a Disaster"
10. FEMA IHP Inspection Guidelines, DR – 1980-MO
11. FEMA Disaster Assistance file of Scott Olsen (Disaster 1980, FEMA registration number 381935584)
12. FEMA Disaster Assistance file of Charles Pyle (Disaster 1980, FEMA registration number 450171409)
13. FEMA Disaster Assistance file of Harry McLaughlin (Disaster 1980, FEMA registration number 411030195)
14. Photographs from the inspection conducted for Harry McLaughlin (Disaster 1980, FEMA registration number 411030195)
15. Spreadsheet, Locations of Missouri Disaster Relief Centers
16. Final FY 2011 Fair Market Rent Documentation System

17. Missouri DR 1980 Personal Property and Fair Market Rent Rates
18. General Warranty Deed, 2305 Virginia, Joplin, Missouri (Public Record Under Seal)
19. Partial Transcript of Bond Revocation Hearing Before the Honorable David P. Rush, United States Magistrate Judge (Springfield, Missouri, January 23, 2013)

Respectfully submitted,

**TAMMY DICKINSON**
United States Attorney

By: */s/ Steven M. Mohlhenrich*
**STEVEN M. MOHLHENRICH**
Assistant United States Attorney

### CERTIFICATE OF SERVICE FOR CM-ECF PARTICIPANTS:

The undersigned hereby certifies that a copy of the foregoing was delivered on April 8, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Steven M. Mohlhenrich*
**STEVEN M. MOHLHENRICH**
Assistant United States Attorney