# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action |
| v. ) | No. 12-05018-01-CR-SW-DW |
| ) | |
| SCOTT B. OLSEN, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S LIST OF WITNESSES

COMES NOW defendant Gerald L. Smith, and in compliance with the Federal Rules of Civil Procedure, provides the following list of Witnesses, whom the undersigned may present at trial in defendant's case-in-chief:

1. All witnesses listed by the Government.
2. Jasen Howard, Joplin, MO
3. Jim Inman, landlord of Scott Olsen, Joplin MO,

    Respectfully submitted,

    /s/ Brian D. Risley____
    Brian D. Risley
    Missouri Bar No. 50580
    1200 E. Woodhurst, Suite C
    Springfield, Missouri 65804
    Telephone: (417) 887-1155
    Facsimile: (417) 887-1165
    Email: bdrizlee@yahoo.com
    Attorney for the Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of November, 2011 the foregoing document was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case.

/s/ Brian D. Risley\_\_\_\_\_
Brian D. Risley
