# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action |
| v. ) | No. 12-05018-01-CR-SW-DW |
| ) | |
| SCOTT B. OLSEN, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S LIST OF EXHIBITS

COMES NOW defendant Scott B. Olsen, and in compliance with the Federal Rules of Civil Procedure, provides the following list of Exhibits, whom the undersigned may present at trial in defendant's case-in-chief:

1. All exhibits listed by the Government.
2. News articles regarding Craigslist housing scams.
3. Photographs of Jasen Howard.

By: /s/ Brian D. Risley
Brian D. Risley
Missouri Bar No. 50580
1200 E. Woodhurst, Suite C
Springfield, Missouri 65804
Telephone: (417) 887-1155
Facsimile: (417) 887-1165
Email: bdrizlee@yahoo.com
Attorney for the Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of April, 2013 the foregoing document was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case.

/s/ Brian D. Risley
Brian D. Risley