12-5018-01-CR-SW-DW
USA v. Olsen

Note from Jury

HANDWRITTEN LETTERS 24, 27, 28

PHOTOS OF HOUSE 14

ORIGINAL FEMA Application 20

~~●~~ #26 STATEMENT OF PERJURY?