IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 12-05018-01-CR-SW-DW |
| SCOTT B. OLSEN, | ) ) ) | |
| Defendant. | ) ) | |

## EXHIBITS

| ✓ | = | Offered & admitted without objection. |
|---|---|---|
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | ✓ | 4/22/13 | 1:15 pm | May 9, 2011 letter from President Obama to Director Fugate |
| 2 | ✓ | 4/22/13 | 1:15 pm | May 9, 2011 letter from President Obama to Governor Nixon |

I certify that I have this date ___4/23/13___ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

Steven M. Mohlhenrich
PRINTED NAME

_[signature]_
SIGNATURE

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 3 | ✓ | 4/22/13 | 1:16 pm | Executive Order No. 12148 |
| 4 | ✓ | 4/22/13 | 1:17 pm | Federal Register Notice -- Disaster 1980 Declaration |
| 5 | ✓ | 4/22/13 | 1:17 pm | Disaster 1980 amendment to include Jasper and Newton Counties |
| 6 | ✓ | 4/22/13 | 1:19 pm | Call Center Scripts and Helps Job Aid |
| 7 | ✓ | 4/22/13 | 2:09 pm | Title 44, Part 206.111 of the Code of Federal Regulations |
| 8 | ✓ | 4/22/13 | 2:09 pm | Title 44, Part 206.113 of the Code of Federal Regulations |
| 9 | ✓ | 4/22/13 | 1:22 pm | FEMA applicant assistance document "Help After a Disaster" |
| 10 | ✓ | 4/22/13 | 1:24 pm | FEMA IHP Inspection Guidelines, DR – 1980-MO |
| 11 | Ltd. | 4/22/13 | 1:27 pm | FEMA Disaster Assistance file of Scott Olsen (Disaster 1980, FEMA registration number 381935584) |
| 12 | | | | FEMA Disaster Assistance file of Charles Pyle (Disaster 1980, FEMA registration number 450171409) |
| 13 | | | | FEMA Disaster Assistance file of Harry McLaughlin (Disaster 1980, FEMA registration number 411030195) |
| 14 | ✓ | 4/22/13 | 1:09 pm | Photographs from the inspection conducted for Harry McLaughlin (Disaster 1980, FEMA registration number 411030195) |
| 15 | | | | Spreadsheet, Locations of Missouri Disaster Recovery Centers |
| 16 | ✓ | 4/22/13 | 2:05 | Final FY 2011 Fair Market Rent Documentation System |
| 17 | ✓ | 4/22/13 | 2:05 | Missouri DR 1980 Personal Property and Fair Market Rent Rates |
| 18 | ✓ | 4/22/13 | 1:05 pm | General Warranty Deed, 2305 Virginia, Joplin, Missouri (Public Record Under Seal) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 19 | | | | Partial Transcript of Bond Revocation Hearing Before the Honorable David P. Rush, United States Magistrate Judge (Springfield, Missouri, January 23, 2013) |
| 20 | ✓ | 4/22/13 | 1:29pm | Application [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] |
| 21 pgs 1+2 only | ✓ | 4/22/13 | 1:56pm | Contacts Report [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] pgs 1+2 |
| 22 | | | | Comments Report [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] |
| 23 | | | | Inspection Report [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] |
| 24 | ✓ | 4/22/13 | 1:34pm | Olsen's 06/10/2011 Submission [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] |
| 25 | ✓ | 4/22/13 | 1:39pm | FEMA 06/21/2011 Denial Letter [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] |
| 26 | ✓ | 4/22/13 | 1:41pm | Olsen's 07/01/2011 Declaration and Release [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] |
| 27 | ✓ | 4/22/13 | 1:43pm | Olsen's 07/09/2011 Submission [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] |
| 28 | ✓ | 4/22/13 | 1:49pm | Olsen's 07/20/2011 Submission [from FEMA Disaster Assistance file of Scott Olsen, Gov. Ex. 11] |

Case 3:12-cr-05018-DW   Document 58   Filed 04/23/13   Page 3 of 3