IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
v. ) Case No. 12-05018-01-CR-SW-DW
)
SCOTT BRADLEY OLSEN, )
)
      Defendant. )

## VERDICT FORM A

We, the jury, find Defendant SCOTT BRADLEY OLSEN **GUILTY** of the
[guilty/not guilty]

crime of Disaster Fraud as charged in Count One of the Indictment, under Instruction No. **14**.

_____
Foreperson

**APRIL 23, 2013**
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 12-05018-01-CR-SW-DW |
| SCOTT BRADLEY OLSEN, | ) | |
| Defendant. | ) | |

## VERDICT FORM B

We, the jury, find Defendant SCOTT BRADLEY OLSEN __GUILTY__ of the
[guilty/not guilty]

crime of Making False Statements as charged in Count Two of the Indictment, under Instruction No. __15__.

_____
Foreperson

__April 23, 2013__
Date